## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHARMIL MCKEE,<br>              **Debtor** | Case No. 17-10941-SR<br><br>Chapter 7 |

### NOTICE OF MOTION TO REOPEN CASE

Sharmil McKee has filed a Motion to Reopen Case with the Court in order to litigate a discharge violation.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before the fourteenth day after the date this Motion is served or October 6, 2017, you or your attorney must do all of the following:

    a. file an answer explaining your position at:

       U.S. Bankruptcy Court for the Eastern District of Pennsylvania
       Clerk's Office
       900 Market Street, Suite 400
       Philadelphia, PA 19107.

    b. mail a copy to the movant's attorney:

       Glenn A. Brown, DMD, Esquire
       Real World Law, P.C.
       6778 Market Street
       Upper Darby, PA 19082
       (610) 734-0750 - Office
       (610) 734-1255 – Fax

2. If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on November 8, 2017 at 9:30 A.M. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office in Philadelphia at (215) 408-2800 or Reading at (610) 208-5040 to find out whether the hearing has been canceled because none file an answer.

**REAL WORLD LAW, P.C.**

Dated: September 22, 2017              By: /s/ Glenn A. Brown
                                          Glenn A. Brown, DMD, Esquire

                                          6778 Market Street
                                          Upper Darby, PA 19082
                                          (610) 734-0750

                                          *Attorney for Debtor*