# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHARMIL MCKEE,<br>                **Debtor** | Case No. 17-10941-SR<br><br>Chapter 7 |

## CERTIFICATION OF SERVICE AND CERTIFICATION OF NOTICE

1.    I, Glenn A. Brown, DMD, Esquire, am the Debtor's attorney in this case.

2.    On September 22, 2017, I sent a copy of the Notice of Motion for Contempt and a copy of the Motion for Contempt, on all parties listed below by U.S. First Class Mail, postage prepaid.

Lynn E. Feldman, Esq.
Feldman Law Office, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Michael Pearson
500 Admirals Way #101
Philadelphia PA 19146

Family Court of Philadelphia
1501 Arch Street
Philadelphia, PA 19102

Atiba A. Askew, M.S
1501 Arch St, 12th Flr.
Philadelphia, PA  19102

Joe Rotan
1501 Arch St, 12th Flr. 12-133
Philadelphia, PA  19102
.
President Judge Sheila Woods-Skipper
City Hall, Room 386
Philadelphia, PA, 19107

Legal Services Unit
Domestic Relations Div.
1501 Arch St
Philadelphia, PA 19102

Pa. State Collection and Disbursement Unit
PO Box 69110
Harrisburg, PA

Michael Pearson
500 Admirals Way #101
Philadelphia PA 19146

Family Court of Philadelphia
1501 Arch Street
Philadelphia, PA 19102

Atiba A. Askew, M.S
1501 Arch St, 12th Flr.
Philadelphia, PA  19102

Joe Rotan
1501 Arch St, 12th Flr. 12-133
Philadelphia, PA  19102
.

President Judge Sheila Woods-Skipper
City Hall, Room 386
Philadelphia, PA, 19107

Legal Services Unit
Domestic Relations Div.
1501 Arch St
Philadelphia, PA 19102

Pa. State Collection and Disbursement Unit
PO Box 69110
Harrisburg, PA  17106-9110

Michael Pearson
500 Admirals Way #101
Philadelphia, PA

Office of the Clerk of the Family Court
William Schenk, Esquire
1501 Arch St 11th Floor
Philadelphia, PA  19102


   /s/ Glenn A. Brown
Glenn A. Brown, DMD, Esquire

2