**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 17-10941-SR |
| SHARMIL MCKEE, | : | |
| | : | Chapter 7 |
| *Debtor* | : | |

**STIPULATION TO EXTENSION OF TIME**
**FOR THE PHILADELPHIA FAMILY COURT TO RESPOND TO**
**SHARMIL MCKEE'S MOTION FOR CONTEMPT**

The Philadelphia Family Court and Debtor Sharmil McKee, through undersigned counsel, have consented to a one-week extension of time, until October 17, 2017, for the Family Court to respond to Debtor's Motion for Contempt.

Respectfully submitted,

**/s/ Andrew J. Coval**                  **/s/ Glenn A. Brown**

Andrew J. Coval, Esquire                 Glenn A. Brown, DMD, Esquire
Attorney I.D. No. PA 321487                 Real World Law, P.C.
Supreme Court of Pennsylvania                 6778 Market Street
Administrative Office of PA Courts                 Upper Darby, PA 19082
1515 Market Street, Suite 1414                 (610) 734-0750
Philadelphia, PA 19102
(215) 560-6300                 *Counsel for Debtor*
legaldepartment@pacourts.us

*Counsel for Philadelphia Family Court*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 17-10941-SR |
| SHARMIL MCKEE, | : | |
| | : | Chapter 7 |
| *Debtor* | : | |

## **ORDER**

**AND NOW** this _____ day of _____ 2017, upon consideration of the Stipulation to Extension of Time for Philadelphia Family Court to Respond to Sharmil McKee's Motion for Contempt, it is **ORDERED** that the Family Court's response is due on October 17, 2017.

BY THE COURT:

_____
J.