## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | No. 17-10941-SR |
| SHARMIL MCKEE, : | |
| : | Chapter 7 |
| *Debtor* : | |

### NOTICE OF SETTLEMENT BETWEEN PHILADELPHIA FAMILY COURT AND DEBTOR SHARMIL MCKEE

The Philadelphia Family Court and Debtor Sharmil McKee, through undersigned counsel, have reached a settlement regarding Debtor's Motion for Sanctions. A proposed order of dismissal as to Philadelphia Family Court is enclosed below.

Respectfully submitted,

| | |
|---|---|
| **/s/ Andrew J. Coval** | **/s/ Glenn A. Brown** |
| Andrew J. Coval, Esquire | Glenn A. Brown, DMD, Esquire |
| Attorney I.D. No. PA 321487 | Real World Law, P.C. |
| Supreme Court of Pennsylvania | 6778 Market Street |
| Administrative Office of PA Courts | Upper Darby, PA 19082 |
| 1515 Market Street, Suite 1414 | (610) 734-0750 |
| Philadelphia, PA 19102 | |
| (215) 560-6300 | *Attorney for Debtor* |
| legaldepartment@pacourts.us | |
| | |
| *Attorney for Philadelphia Family Court* | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :
                                 :     No. 17-10941-SR
SHARMIL MCKEE,                   :
                                 :     Chapter 7
    *Debtor*                     :

## ORDER

**AND NOW** this _____ day of _____ 2017, in consideration of the Settlement between Philadelphia Family Court and Debtor Sharmil McKee, it is **ORDERED** that Debtor's Motion for Sanctions is **DISMISSED** with respect to Philadelphia Family Court only.

BY THE COURT:

_____
                            J.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 17-10941-SR |
| SHARMIL MCKEE, | : | |
| | : | Chapter 7 |
| *Debtor* | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on *October 17, 2017*, he caused to be served a true and correct copy of the foregoing *Response in Opposition to the Motion for Sanctions* via CM/ECF and via first class, postage pre-paid, U.S. mail to the following:

Michael Pearson
500 Admirals Way #101
Philadelphia, PA 19146

/s/ **Andrew Coval**
ANDREW COVAL, ESQUIRE
Attorney I.D. No. PA 321487
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

*Attorney for Philadelphia Family Court*