**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Sharmil McKee a/k/a McKee Law Office | | |
| Debtor(s) | : | Bankruptcy No. 17-10941 |

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that::

1. This matter is reassigned to the calendar of the Honorable Eric L. Frank from the calendar of the Honorable Stephen Raslavich

Dated: 10/30/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue (3/01)