**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 17-10941-~~SR~~ JKF |
| SHARMIL MCKEE, | : | |
| | : | Chapter 7 |
| *Debtor* | : | |

**STIPULATION TO EXTENSION OF TIME**
**FOR THE PHILADELPHIA FAMILY COURT TO RESPOND TO**
**SHARMIL MCKEE'S MOTION FOR CONTEMPT**

The Philadelphia Family Court and Debtor Sharmil McKee, through undersigned counsel, have consented to a one-week extension of time, until October 17, 2017, for the Family Court to respond to Debtor's Motion for Contempt.

Respectfully submitted,

**/s/ Andrew J. Coval**
Andrew J. Coval, Esquire
Attorney I.D. No. PA 321487
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300
legaldepartment@pacourts.us

*Counsel for Philadelphia Family Court*

**/s/ Glenn A. Brown**
Glenn A. Brown, DMD, Esquire
Real World Law, P.C.
6778 Market Street
Upper Darby, PA 19082
(610) 734-0750

*Counsel for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :    No. 17-10941-SR JKF
SHARMIL MCKEE,                  :
                                :    Chapter 7
        *Debtor*                :

## ORDER

**AND NOW** this  31st  day of  October  2017, upon consideration of the Stipulation to Extension of Time for Philadelphia Family Court to Respond to Sharmil McKee's Motion for Contempt, it is **ORDERED** that the Family Court's response is due on October 17, 2017.

BY THE COURT:

*[signature]*
_____
Judge Jean K. FitzSimon