**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | No. 17-10941-SR |
| SHARMIL MCKEE, | : | |
| | : | Chapter 7 |
| *Debtor* | : | |

**NOTICE OF SETTLEMENT BETWEEN PHILADELPHIA FAMILY COURT AND**
**DEBTOR SHARMIL MCKEE**

The Philadelphia Family Court and Debtor Sharmil McKee, through undersigned counsel, have reached a settlement regarding Debtor's Motion for Sanctions. A proposed order of dismissal as to Philadelphia Family Court is enclosed below.

Respectfully submitted,

**/s/ Andrew J. Coval**
Andrew J. Coval, Esquire
Attorney I.D. No. PA 321487
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6300
legaldepartment@pacourts.us

*Attorney for Philadelphia Family Court*

**/s/ Glenn A. Brown**
Glenn A. Brown, DMD, Esquire
Real World Law, P.C.
6778 Market Street
Upper Darby, PA 19082
(610) 734-0750

*Attorney for Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | No. 17-10941-SR~~ JKF~~ |
| SHARMIL MCKEE, : | |
| : | Chapter 7 |
| *Debtor* : | |

### ORDER

**AND NOW** this  31st  day of  October  2017, in consideration of the Settlement between Philadelphia Family Court and Debtor Sharmil McKee, it is **ORDERED** that Debtor's Motion for Sanctions is **DISMISSED** with respect to Philadelphia Family Court only.

BY THE COURT:

_____
Judge Jean K. FitzSimon     J.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : No. 17-10941-SR |
| SHARMIL MCKEE, | : |
| | : Chapter 7 |
| *Debtor* | : |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on *October 17, 2017*, he caused to be served a true and correct copy of the foregoing *Response in Opposition to the Motion for Sanctions* via CM/ECF and via first class, postage pre-paid, U.S. mail to the following:

Michael Pearson
500 Admirals Way #101
Philadelphia, PA 19146


　　　　　　　　　　　　　　　　　　　　　　　**/s/ Andrew Coval**
　　　　　　　　　　　　　　　　　　　　　　　ANDREW COVAL, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. PA 321487
　　　　　　　　　　　　　　　　　　　　　　　Supreme Court of Pennsylvania
　　　　　　　　　　　　　　　　　　　　　　　Administrative Office of PA Courts
　　　　　　　　　　　　　　　　　　　　　　　1515 Market Street, Suite 1414
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　legaldepartment@pacourts.us
　　　　　　　　　　　　　　　　　　　　　　　(215) 560-6300, Fax: (215) 560-5486

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Philadelphia Family Court*