IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :     In Chapter 7
        SHARMIL MCKEE                               :
                                                    :     Bankruptcy No. 17-10941(JKF)
                                      Debtor.       :
---------------------------------------------------------x

## ORDER GRANTING EXPEDITED HEARING

AND NOW, this  29th   day of  November        , 2017, upon consideration of the Motion for an Expedited Hearing and Notice Period with Regards to Motion to Quash Subpoena filed by Joseph Rotan (the "Motion"), and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. A hearing shall be held before the Honorable Jean K. FitzSimon on  December 6, 2017  at  9:30 a.m.  at the United States Bankruptcy Court, Courtroom 3, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299 on the Joseph Rotan's Motion to Quash Subpoena and for a Protective Order.

3. Promptly, upon entry of this Order, counsel for Joseph Rotan shall give notice by serving a copy of this Order on: (a) Debtor's counsel, Glenn A. Brown, Esq. by email and regular mail; (b) Michael Pearson by regular mail; (c) Chapter 7 Trustee, Lynn E. Feldman by ecf notice and regular mail.

4. Any objection to the Motion to Quash Subpoena may be filed up to the time of the hearing, with a copy to Movant's counsel, or raised orally at the hearing.

By the Court:

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge

2