UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHARMIL MCKEE,
                **Debtor**

Case No. 17-10941-SR JKF

Chapter 7

## Order

AND NOW, this __6th__ day of __December__, 2017, upon consideration of Debtor's Motion Reopen Case, and any opposition hereto, it is hereby ORDERED and DECREED that relief is GRANTED. The clerk shall reopen the above captioned case to permit the filing of a motion for contempt of the discharge order.

BY THE COURT:

_____
Jean K. FitzSimon, J.