IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re                                  :
                                       :        In Chapter 7
    SHARMIL MCKEE            :
                                       :        Bankruptcy No. 17-10941(JKF)
               Debtor    :
                                       :
                                       :
------------------------------------------------------x

## ORDER

AND NOW, this 7th day of December, 2017, upon consideration of the Motion to Quash Subpoena and For a Protective Order filed by the subpoenaed witness, Joseph Rotan (the "Motion") and any response filed thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The subpoena issued to Joseph Rotan in the above-captioned matter is QUASHED, and a PROTECTIVE ORDER is hereby ISSUED shielding him from further subpoenas in this matter without leave of Court.

                By the Court:

                _[signature]_

                JEAN K. FITZSIMON
                U.S. Bankruptcy Judge