U.S. Bankruptcy Court
for the Eastern Dist. of PA.

In re:

Sharmel McKee,
  Debtor

Re:

17-10941 (JKF)

## Change of Address

My new address is: 7441 Limekiln Pike
Apartment B1
Phila PA 19138.

My remaining contact info is the same.

Submitted,

Sharmel McKee
12/21/2017

FILED
DEC 27 2017
MCGRATH, CLERK