*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sharmil McKee
    Debtor(s)

Case No: 17–10941–jkf

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion For Contempt of Discharge Order by Michael K Pearson and Philadelphia Family Court Filed by Sharmil McKee Represented by GLENN A. BROWN (Counsel).

    on: 4/19/18

    at: 12:30 PM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/4/18

Timothy B. McGrath
Clerk of Court

84 – 57
Form 167