# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHARMIL MCKEE,
                    Debtor

Case No. 17-10941-sr

Chapter 7

## Order

AND NOW, this ___19TH___ day of ___June___, 2018, upon consideration of Debtor's Motion for Contempt, and Respondents' opposition hereto, it is hereby ORDERED and DECREED that relief is GRANTED. The Philadelphia Family Court and Michael Pearson are in Contempt of the discharge Order under 11 USC sec 727. Damages are awarded to Debtor and her counsel in the following amounts:

Compensatory $

Legal Fees $

Punitive against Michael K. Pearson only $

BY THE COURT:

Jean K. FitzSimon, J.