UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

July 6, 2018

Re: Sharmil McKee
Bankruptcy No.: 17-10941 JKF
Civil Action No.

18  2854

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(XX) Certificate of appeal from order entered on June 19, 2018 by the Honorable Jean K. FitzSimon.
Notice of appeal filing fee (XX)paid  ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
() Answer to motion filed.

() Proposed findings of fact and conclusions of law entered by the Honorable.
() Objections filed.

() Report and recommendation entered by the Honorable.

() Objections filed.

() Original record transferred to the District Court pursuant to the order of the Honorable.

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Yvette Woods
Deputy Clerk

---

Received Above material or record tile this 6th day of July, 2018.

Civil Action No. 18  2854  Signature: Steve Tomas

Miscellaneous No. _____  Date: 7/6/18

Assigned to Judge Sonchey

BFL5.frm(rev 11/8/17)

JUL -6 2018