In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

IN RE:

SHARMIL MCKEE,

Debtor.

Chapter 7

No. 17-10941-JKF

**Notice of Motion, Response Deadline and Hearing Date**

SHARMIL MCKEE has filed a MOTION in the case for the purpose of striking Creditor Michael Pearson's appeal.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 14, 2018 you or your attorney must do all of the following:

(a) file an answer explaining your position at:

MOTION TO STRIKE - 1

Clerk's Office

Robert N.C. Nix, Sr. Federal Courthouse

900 Market Street, Suite 400

Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and (b) mail a copy to the movant's attorney:

Glenn A. Brown, DMD, Esq.

Real World Law, P.C.

6774 Market Street

Upper Darby, PA 19082

Phone: 610-734-075

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on September 26, 2018 at 12:30 PM in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

MOTION TO STRIKE - 2

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

_____
Glenn A. Brown, DMD, Esq
Counsel for Debtor-Movant
Sharmil McKee
Date: August 31, 2018

MOTION TO STRIKE - 3

In the United States Bankruptcy Court

for the Eastern District of Pennsylvania

| | |
|---|---|
| IN RE:<br>SHARMIL MCKEE,<br><br>                              Debtor. | Chapter 7<br>No. 17-10941-JKF |

### Certificate of Service

I, Glenn A. Brown, do hereby certify that I served a true and correct copy of the Debtor's Motion for Contempt upon each of the following parties by electronic court e-filing and U.S. Mail, postage prepaid, on August 31, 2018:

Lynn E. Feldman, Esq.

Feldman Law Office, P.C.

221 N. Cedar Crest Blvd.

Allentown, PA 18104

United States Trustee

833 Chestnut Street, Suite 500

Philadelphia, PA 19107

Karin M. Gunter

Law Office of Karin M. Gunter

85 Old Cedarbrook Road

Wyncote, PA 19095

MOTION TO STRIKE - 1