UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA    19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

10/24/2018

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA    19107-4299

RE:    MICHAEL K. PEARSON
CA No. 2:18-CV-2854-JS
Bky. No. 17-10941

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 3/29/19.

Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By:    s/Nicole Durso
Nicole Durso, Deputy Clerk

Received above record this 30th day of April 2019

(Signature)

bankrec.frm